# EXHIBIT A

# Google Maps



Map data ©2021 Google  10 mi

## ARMSTRONG & LAMBERTI, PLLC
Elder law attorney
Mid Island

**PLACE DETAILS**



---

 **Rene Rubin**

★ ☆ ☆ ☆ ☆  10 months ago

Horrible theiving good old boy lawyer

👍 3     Share