# EXHIBIT B



Map data ©2021 Google     10 mi



### Rene Rubin

4 contributions ›

**REVIEWS**     PHOTOS

3 reviews

📍 **Michael P Mangan LLC**
160 Pearl St # 4, New York, NY 10005

 ★☆☆☆☆   a month ago

A lying thief

 👍 Like        ⌞ Share



**ARMSTRONG & LAMBERTI, PLLC**
900 South Ave Suite 401, Staten Island, NY 10314

 9 months ago

Horrible theiving good old boy lawyer

 3      < Share



**Rubin Rene R MD**
207 N Broad St, Philadelphia, PA 19107

 2 years ago

Smart
Empathetic

 Like      < Share